Submitted on record and briefs October 26, reversed and remanded
November 21, 1990

## JAMES STEVENSON,
*Appellant,*

*v.*

## Manfred MAASS,
*Respondent.*

## (90C-10086; CA A63572)

801 P2d 894

Jeanean W. Craig and Hillyer, Larson & Wright, Salem, filed the brief for appellant.

David Frohnmayer, Attorney General, Virginia Linder, Solicitor General, and Janet A. Klapstein, Assistant Attorney General, Salem, filed the brief for respondent.

Before Buttler, Presiding Judge, and Rossman and De Muniz, Judges.

PER CURIAM

Reversed and remanded. *Bird v. Maass (A64583)*, 104 Or App 271, 800 P2d 792 (1990).